UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-03153-KK-DTBx** | Date: | June 24, 2026 |
|---|---|---|---|

| Title: | *Adrenalin Attractions, LLC v. Massivit 3D Printing Technologies, Ltd. et al.* |
|---|---|

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On February 11, 2026, plaintiff Adrenalin Attractions, LLC ("Plaintiff") filed the operative First Amended Complaint ("FAC") against defendant Massivit 3D, Inc. ("Defendant").  ECF Docket No. ("Dkt.") 13.  On March 2, 2026, Defendant filed a Motion to Dismiss the FAC.  Dkt. 15.

On March 20, 2026, the Court granted Defendant's Motion to Dismiss all claims with leave to amend.  Dkt. 16.

Plaintiff was, therefore, ordered to file a Second Amended Complaint ("SAC") no later than April 3, 2026.  Id.  However, to date, Plaintiff has not filed a SAC.  Thus, Plaintiff is in violation of the Court's March 20, 2026 Order.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order.  See Fed. R. Civ. P. 41(b). Before dismissing this action, the Court will afford Plaintiff an opportunity to explain its failure to file the SAC as directed by the Court's March 20, 2026 Order.

Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing **no later than seven days from the date of this Order** why this action should not be dismissed and/or sanctions imposed for failure to prosecute and/or comply with court orders.

Plaintiff is expressly warned that failure to timely file a response to this **Order** <u>will</u> result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders.  <u>See</u> **Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**